IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| J&J SPORTS PRODUCTIONS, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-10-1579 |
| | § | |
| RENE GUILLEN TIJERINA, Individually | § | |
| and *d/b/a* FRUIT'S CAFE AND | § | |
| BILLARDS, *a/k/a* FRUIT'S CAFE, | § | |
| | § | |
| Defendant. | § | |

## ORDER OF DISMISSAL

In accordance with the plaintiff's notice of dismissal, (Docket Entry No. 4), this action is dismissed without prejudice.

SIGNED on July 28, 2010, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge